IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KEVIN A. WILLIAMS #R26594
    Plaintiff, Pro Se

V.

ROBERT SNYDER
    Defendant

CASE NO. 1:13-CV-1187

MAY - 9 2023
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PRO SE PLAINTIFF'S JUDICIAL NOTICE TO THE COURT

Comes Now, Kevin Williams, Pro Se, and request of this Court to take "Judicial Notice of the fact that Plaintiff was surprisingly alerted by IDOC officials at Pontiac Correctional Center on 4/7/2023 that he was transferring to another prison (unknown) due to no fault of his own, and would be separated from his excess legal materials (i.e. the entire case file for case #1:13-cv-1187) that was in Plaintiff's possession in his cell @ SPC 502. Plaintiff Williams states as follows:

1. That on 4/7/2023, Williams was notified by IDOC officials at Pontiac Correctional Center that he was transferring to another prison facility (unknown) on 4/10/2023 and that he had to immediately pack up his personal property and excess legal materials in his cell, that would be picked up on 4/8/2023 by IDOC officials and taken to Pontiac's personal property for transfer.

2. That at that time, Williams was in possession of this case's entire file, Case No. 1:13-cv-1187, that contained voluminous legal documents to include discovery, the clerk's file, witness file (i.e. depositions) and other documents to this case that Williams intended to use in the litigation of this case.

3. That Williams was told that he would not be allowed to return these documents to the law library to be put back in Williams' legal box #200147 where the legal materials came from. Williams' legal materials remained unsecured.

-1-

4. That Williams should be allowed to accompany the IDOC officials packing up Williams excess legal materials to this cases file 1:13-cv-1187 to Pontiac's personal property to insure that his unsecured excess legal materials were secured in legal boxes, inventoried, witnessed, and placed under seal number in the presence of Williams to avoid the potential of his documents being lost, stolen, misplaced, destroyed or left behind, never making them available to Williams again.

5. That on 4/7/2023, 4/8/2023, 4/9/2023 and 4/10/2023, Williams repeatedly inquired about the whereabouts and safety and security of his excess legal materials in this case no. 1:13-cv-1187 to IDOC officials, and Williams was assured that his legal documents had been secured and would be transferred along with him to the other prison facility.

6. That on 4/10/2023, Williams was transferred to Lawrence Correctional Center and placed in a Receiving cell wing A2 without his excess legal materials to this case no. 1:13-cv-1187.

7. That Williams was moved to a transfer wing on 4/11/2023 and placed in cell wing C16 without his excess legal materials to this case no. 1:13-cv-1187.

8. That from 4/10/2023 to 4/21/23, Williams inquired about his legal materials to this case no. 1:13-cv-1187 to IDOC officials, Counselor Livingston, Law Library Supervisor Ms. Marshall via letter writing and to no avail, Williams was not able to possess, inspect, or witness that all of his excess legal materials to this case no. 1:13-cv-1187 was in fact and not lost, stolen, destroyed, missing or left behind somewhere.

9. That on 4/21/2023, Williams was transferred to Shawnee Correctional Center.

10. That Williams has yet to be afforded to possess, inspect in depth his legal material in this case no. 1:13-cv-1187 to insure that nothing is missing from his file.

11. That whatever excess legal materials that belonged to Williams that was packed and sent by IDOC officials and the Law Library's at Pontiac Correctional Center and Lawrence Correctional Center's personal property's and Law Library's was sent to Shawnee's personal property and Law Library.

12. That Williams is still without his legal materials to this cases no. 1:13-cv-1187 and is handicapped to litigate this case due to no fault of his own.

2.

13. That Williams is in Receiving Cell #62 Awaiting to be Assigned a Housing Unit At Shawnee Correctional Center and does not know when he will take possession of this case file # 1:13-cv-1187 to litigate this case or prosecute this case pro se.

14. That prior to Williams transfer from Pontiac Correctional Center, he E-Filed a "Pro Se 'Judicial Notice'" Alerting this Court of his disturbing and unforeseen transfer circumstances on 4/9/2023.

15. That this E-Filing of "Pro Se Judicial Notice to this Court was sent by Williams on 4/9/2023 via institutional mail to the Pontiac Prison's Law Library for staff to process the E-File.

16. That to date, Williams has not received this E-File dated 4/9/2023 Advising this court of his circumstances to avoid this Court's dismissal of his suit due to lack of prosecution/failure to prosecute this case.

17. That to date Williams has not received any pleadings filed by opposing Counsel on behalf of Defendant Robert Snyder, or any orders from this Court.

18. That because of Williams continued circumstances that is denying him Access to the Courts to pursue and litigate his claims, he is at a standstill in this case, and is helpless.

Wherefore, for the foregoing reasons mentioned above, Williams request this Court to take Judicial Notice to the facts of Williams circumstances that is denying him Access to the Court to effectively litigate this case in case No. 1:13-cv-1187, and Humbly seeks this Court's Guidance.

Date: 4/23/2023
CC: Handwritten Copy

Respectfully Submitted
Kevin A. Williams-R26594
Plaintiff, Pro Se
Shawnee Correctional Center
6665 State RT. 146 E
Vienna, IL 62995

- 3 -

DATE: MAY 1, 2023

TO: Clerk of the District Court
United States District Court for
The Central District of Illinois
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria, Illinois 61602

FROM: Kevin A. Williams - R26594
Shawnee Correctional Center
6665 State RT. 146 E
Vienna, IL 62995

RE: Williams v. Snyder Case No. 1:13-cv-1187
I am the Plaintiff, Pro se in this case.

Dear Clerk,

Please find enclosed for filing, my "Pro Se Plaintiff's Judicial Notice to the Court" dated 4/23/23. After being transferred to Shawnee Correctional Center on 4/21/23, I had submitted the above mentioned pleading to Angola Galbraith-Law Librarian at Shawnee C.C. to be E-Filed to this Court on 4/23/23. To date, I've received NO E-File receipts to verify that my pleadings were in fact E-Filed by Ms. Galbraith.

Therefore, I'm submitting same Said pleadings to be filed in the alternative to avoid judicial problems with this Court. This was my handwritten copy as a back-up copy.

Respectfully submitted,
Kevin A. Williams
Plaintiff, Pro Se

cc: Handwritten Copy

Kevin A. Williams - R06594
Shawnee Correctional Center
6665 State Rt 146 E
Vienna, IL 62995

SAINT LOUIS MO 630
3 MAY 2023 PM 10 L

To: Clerk of the District Court
U.S. District Court For Central District of Illinois
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria, Illinois 61602

61602-100399

Confidential
Legal Mail